**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. 8:25-cv-01458-SDM-CPT

U.S. ALLIANCE GROUP, INC.;
PAYMENT SOLUTIONS
INTERNATIONAL, LLC;
AIDEN FLORIDA
BANCSHARES, INC., and
AIDEN FINTECH GROUP, INC.,

Plaintiffs,

v.

FIRST NATIONAL BANK OF PASCO;
FLORIDA BANCSHARES, INC.;
FNBPASCO HOLDINGS, LLC;
A.P. GIBBS; J. ESRY; S. HICKMAN, et al.,

Defendants.
_________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO DEFENDANT DANIEL FULGHAM**

Plaintiffs U.S. Alliance Group, Inc. ("USAG"), Payment Solutions International, LLC d/b/a Pay Sol ("PaySol"), and Aiden Fintech Group, Inc. ("AidenTech," and collectively "Plaintiffs") hereby dismisses without prejudice all claims against Defendant Daniel Fulgham ("Fulgham"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 2, 2026

Respectfully submitted,

By: /s/ *Jordan Michael Krassner*
Jordan Michael Krassner
Florida Bar Number: 117524
Jesus M. Caro
Florida Bar No: 1032736
**GLOBAL LEGAL LAW FIRM PLLC**
900 N Federal Hwy., Suite 370
Boca Raton, Florida 33432
Telephone: (760) 459-1757
jkrassner@attorneygl.com
jcaro@attorneygl.com

*Attorneys for Plaintiffs,*
*U.S. Alliance Group, Inc.,*
*Payment Solutions International, LLC,*
*Aiden Florida Bancshares, Inc., and*
*Aiden Fintech Group, Inc.*

## CERTIFICATE OF SERVICE

I, Jordan Michael Krassner, hereby certify that on June 2, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal as to Defendant Daniel Fulgham with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jordan Michael Krassner*
Jordan Michael Krassner