**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. 8:25-cv-01458-SDM-CPT

U.S. ALLIANCE GROUP, INC.;
PAYMENT SOLUTIONS
INTERNATIONAL, LLC;
AIDEN FLORIDA
BANCSHARES, INC., and
AIDEN FINTECH GROUP, INC.,

Plaintiffs,

v.

FIRST NATIONAL BANK OF PASCO;
FLORIDA BANCSHARES, INC.;
FNBPASCO HOLDINGS, LLC;
A.P. GIBBS; J. ESRY; S. HICKMAN, et al.,

Defendants.
_______________________________________/

**JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Plaintiff Payment Solutions International, LLC ("Paysol") and Defendant First National Bank of Pasco ("FNB Pasco") hereby notify the Court that they have reached an agreement, in principle, to resolve the claim pending between them in this action, Count VIII of the Second Amended Complaint (Docs. 88, 107). The parties are in the process of reducing the resolution into a written agreement and satisfying the conditions necessary for this matter to

be dismissed and respectfully request that the Court hold this matter in abeyance pending that filing.

By: /s/ Jordan Michael Krassner
Jordan Michael Krassner
Florida Bar Number: 117524
Jesus M. Caro
Florida Bar No: 1032736
**GLOBAL LEGAL LAW FIRM PLLC**
900 N Federal Hwy., Suite 370
Boca Raton, Florida 33432
Telephone: (760) 459-1757
jkrassner@attorneygl.com
jcaro@attorneygl.com

*Counsel for Plaintiff,*
*Payment Solutions International, LLC*

By: /s/ Daniel A. Nicholas
Daniel A. Nicholas
Florida Bar No.: 0847755
**COLE, SCOTT & KISSANE, P.A.**
9150 South Dadeland Boulevard
Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6752
Facsimile (305) 373-2294
daniel.nicholas@csklegal.com

*Counsel for Defendant,*
*First National Bank of Pasco*

## CERTIFICATE OF SERVICE

I, Jordan Michael Krassner, hereby certify that on September 28, 2026, I electronically filed the foregoing Notice of Voluntary Dismissal as to Defendant Daniel Fulgham with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jordan Michael Krassner
Jordan Michael Krassner